IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

*******************************

UNITED STATES OF AMERICA

v.

JONATHAN C. SAUNDERS,
          Defendant

*******************************

Criminal No. 7:22-CR-388 (ATB)
Vio: 18 USC 1382; 18 USC §§ 7,
13 NYVTL § 1212

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I

On or about July 15, 2022, in the Northern District of New York, within the special maritime and territorial jurisdiction of the United States, that is, Fort Drum, New York, the Defendant

**JONATHAN C. SAUNDERS**

without granted permission, entered, and was found within, a United States military reservation, Fort Drum, New York.

All in violation of Title 18, United States Code, Section 1382, Trespass on a Military Installation.

### COUNT II

On or about July 15, 2022, in the Northern District of New York, within the special maritime and territorial jurisdiction of the United States, that is, Fort Drum, New York, the Defendant

**JONATHAN C. SAUNDERS**

did operate a motor vehicle in a reckless manner which unreasonably interfered with the free and proper use of the public highway and unreasonably endangered users of the public highway.

All in violation of Title 18, United States Code, Sections 7 and 13 and New York State Vehicle and Traffic Law § 1212, Reckless Driving.

CARLA FREEDMAN
United States Attorney

By: _____
STEWART A. MILLER
Special Assistant U.S. Attorney